**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES J. WHITE,** | : | **CIVIL NO. 1:26-CV-1051** |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **(Judge Neary)** |
| | : | |
| | : | |
| **TA TRAVEL CENTER OF AMERICA** | : | |
| | : | |
| **Defendant.** | : | |

## MEMORANDUM

This matter comes before the court upon the Report and Recommendation ("R&R") of Magistrate Judge Phillip J. Caraballo, wherein Judge Caraballo recommends (Doc. 7) that the court dismiss the above captioned case pursuant to the plaintiff's request to withdraw the complaint. (Doc. 6).

The court notes that no objections have been filed to date. See FED. R. CIV. P. 72(b)(2). Our court of appeals has made clear that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level." Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)). However, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the R&R, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes.

After reasoned consideration of Judge Caraballo's R&R, the court finds it to be sound and adopts it in its entirety.

Little analysis is required to be assured of Judge Caraballo's conclusion in this matter. The plaintiff desires to withdraw the complaint. (Doc. 6). Judge Caraballo recommends that the court consider this a motion for voluntary withdrawal, and that the motion should be granted. (Doc. 7).

The court concurs with Judge Caraballo and will grant the plaintiff voluntary dismissal without prejudice. An appropriate order follows.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania